

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2014

No. 04-13-00818-CR

Mark Anthony **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR2731A
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. The State's brief is due September 10, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court